# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:22−cv−02323−KKM−AAS

| | |
|---|---|
| Wenzel v. Samsung Electronics America, Inc. | Date Filed: 10/10/2022 |
| Assigned to: Judge Kathryn Kimball Mizelle | Date Terminated: 02/15/2023 |
| Referred to: Magistrate Judge Amanda Arnold Sansone | Jury Demand: Plaintiff |
| Case in other court: Hillsborough County, 2022−CA−007502 | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1711 Class Action Fairness Act of 2005 | Jurisdiction: Diversity |

**Plaintiff**

**Steven Wenzel**  
*on behalf of himself and on behalf of all others similarly situated*

represented by **Brandon J. Hill**  
Wenzel Fenton Cabassa, PA  
1110 N Florida Ave Ste 300  
Tampa, FL 33602−3343  
813/224−0431  
Fax: 813/229−8712  
Email: bhill@wfclaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Amanda E. Heystek**  
Wenzel Fenton Cabassa, P.A.  
1110 N Florida Ave Ste 300  
Tampa, FL 33602−3343  
813−579−2483  
Email: aheystek@wfclaw.com  
*ATTORNEY TO BE NOTICED*

**Luis A. Cabassa**  
Wenzel Fenton Cabassa, PA  
1110 N Florida Ave Ste 300  
Tampa, FL 33602−3343  
813/224−0431  
Fax: 813/229−8712  
Email: lcabassa@wfclaw.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harold Nyanjom**  
*on behalf of himself and on behalf of all others similarly situated*

represented by **Brandon J. Hill**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Amanda E. Heystek**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Luis A. Cabassa**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Samsung Electronics America, Inc.** | represented by | **John J. Delionado , Jr.**<br>Hunton Andrews Kurth LLP<br>Ste 2400<br>333 S.E. 2 Avenue<br>Miami, FL 33131<br>305/536–2752<br>Fax: 305/810–2460<br>Email: jdelionado@huntonak.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2022 | Ï 1 | COMPLAINT and NOTICE OF REMOVAL from the 13th Judicial Circuit, Hillsborough County, case number 22–CA–007502 filed in State Court on 09/04/2022. Filing fee $402, receipt number BFLMDC–20072906 filed by Samsung Electronics America, Inc.(Attachments: # 1 State Court COMPLAINT A–1, # 2 State Court Docket Sheet A–2, # 3 State Court Other Documents A–3, # 4 Civil Cover Sheet A–4)(Delionado, John) (Entered: 10/10/2022) |
| 10/10/2022 | Ï 2 | NOTICE of Lead Counsel Designation by John J. Delionado, Jr. on behalf of Samsung Electronics America, Inc. Lead Counsel: John J. Delionado. (Delionado, John) (Entered: 10/10/2022) |
| 10/10/2022 | Ï 3 | CERTIFICATE of interested persons and corporate disclosure statement by Samsung Electronics America, Inc. identifying Corporate Parent Samsung Electronics Co., LTD. for Samsung Electronics America, Inc.. (Delionado, John) (Entered: 10/10/2022) |
| 10/10/2022 | Ï 4 | NOTICE of a related action per Local Rule 1.07(c) by Samsung Electronics America, Inc.. Related case(s): Yes (Delionado, John) (Entered: 10/10/2022) |
| 10/11/2022 | Ï 5 | NEW CASE ASSIGNED to Judge Kathryn Kimball Mizelle and Magistrate Judge Amanda Arnold Sansone. New case number: 8:22–cv–2323–KKM–AAS. (SJB) (Entered: 10/11/2022) |
| 10/11/2022 | Ï 6 | Unopposed MOTION for Extension of Time to File Answer *to Complaint* by Samsung Electronics America, Inc. (Delionado, John) (Entered: 10/11/2022) |
| 10/11/2022 | Ï 7 | **CIVIL CASE STANDING ORDER: The parties shall meet and file a Case Management Report using the standard form on the Court's website within forty days after any defendant appears. Signed by Judge Kathryn Kimball Mizelle on 10/11/2022. (MEV)** (Entered: 10/11/2022) |
| 10/11/2022 | Ï 8 | **ENDORSED ORDER: Defendant's unopposed motion for extension 6 is granted. Defendant must respond to Plaintiff's complaint by December 5, 2022. Signed by Judge Kathryn Kimball Mizelle on 10/11/2022. (MEV)** (Entered: 10/11/2022) |
| 10/11/2022 | Ï 9 | NOTICE to counsel Amanda Heystek, Brandon Hill, Luis Cabassa of Local Rule 2.02(a), which requires designation of one lead counsel who – unless the party changes the designation – remains lead counsel throughout the action. File a **Notice of Lead Counsel Designation** to identify lead counsel. (Signed by Deputy Clerk). (LNR) (Entered: 10/11/2022) |
| 10/24/2022 | Ï 10 | NOTICE of a related action *(Amended Notice of Related Actions)* per Local Rule 1.07(c) by Samsung Electronics America, Inc.. Related case(s): Yes (Delionado, John) (Entered: 10/24/2022) |

| | | |
|---|---|---|
| 10/26/2022 | 11 | **ENDORSED ORDER: As required by Local Rule 3.03, Plaintiff must file a Certificate of Interested Persons and Corporate Disclosure Statement identifying parties and interested corporations in which any assigned judge may be a shareholder, as well as for other matters that might require consideration of recusal. Plaintiff must file the foregoing by using the attachment in this action's Civil Case Order. (Doc. 7.) Plaintiff must file the Disclosure Statement and Certification no later than November 2, 2022. Signed by Judge Kathryn Kimball Mizelle on 10/26/2022. (MEV)** (Entered: 10/26/2022) |
| 11/02/2022 | 12 | NOTICE of Lead Counsel Designation by Brandon J. Hill on behalf of Steven Wenzel. Lead Counsel: Brandon J. Hill. (Hill, Brandon) (Entered: 11/02/2022) |
| 11/02/2022 | 13 | CERTIFICATE of interested persons and corporate disclosure statement re 7 Standing Order, by Steven Wenzel. (Hill, Brandon) (Entered: 11/02/2022) |
| 11/02/2022 | 14 | NOTICE of a related action per Local Rule 1.07(c) by Steven Wenzel. Related case(s): Yes (Hill, Brandon) (Entered: 11/02/2022) |
| 11/11/2022 | 15 | Joint MOTION to Stay *Proceedings Pending Judicial Panel on Multidistrict Litigation's Decision on Motion for Transfer and Consolidation Under 28 U.S.C. Section 1407* by Samsung Electronics America, Inc.. (Delionado, John) (Entered: 11/11/2022) |
| 11/14/2022 | 16 | **ENDORSED ORDER: The parties' joint motion 15 is granted. The clerk is directed to stay and administratively close this case pending the Judicial Panel's decision. Within seven days after the Judicial Panel's decision, the parties must file a status report. Signed by Judge William F. Jung on 11/14/2022. (MEV)** (Entered: 11/14/2022) |
| 01/02/2023 | 17 | AMENDED COMPLAINT *(Class Action)* against Samsung Electronics America, Inc. with Jury Demand. Filed by Steven Wenzel, Harold Nyanjom. (Attachments: # 1 Exhibit A – Plaintiff Wenzel Data Breach Notice, # 2 Exhibit B – Plaintiff Nyanjom Data Breach Notice)(Hill, Brandon) (Entered: 01/02/2023) |
| 01/03/2023 | 18 | **ENDORSED ORDER: Lead counsel must file a status report by January 13, 2023, and then every 90 days thereafter, advising the Court of the status of the Judicial Panel's decision. Signed by Judge Kathryn Kimball Mizelle on 1/3/2023. (MEV)** (Entered: 01/03/2023) |
| 01/03/2023 | 19 | ***DISCHARGED; pursuant to court's endorsed order 22.*** **ENDORSED ORDER: The Court directs Plaintiff to show cause by January 10, 2022, why the 17 Amended Complaint should not be dismissed for failure to comply with Federal Rule of Civil Procedure 15(a). In the alternative, Plaintiff may move to amend under Rule 15(a)(2). Signed by Judge Kathryn Kimball Mizelle on 1/3/2023. (MEV)** Modified text on 1/11/2023 (LNR). (Entered: 01/03/2023) |
| 01/09/2023 | 20 | STATUS report *(Joint Status Report)* by Samsung Electronics America, Inc.. (Delionado, John) (Entered: 01/09/2023) |
| 01/09/2023 | 21 | RESPONSE TO ORDER TO SHOW CAUSE re 19 Order to show cause, filed by Harold Nyanjom, Steven Wenzel. (Hill, Brandon) (Entered: 01/09/2023) |
| 01/10/2023 | 22 | **ENDORSED ORDER: Upon review of Plaintiff's response 21, the Court's show cause order is discharged. The case remains stayed pending the MDL Panel's decision. Signed by Judge Kathryn Kimball Mizelle on 1/10/2023. (MEV)** (Entered: 01/10/2023) |
| 02/08/2023 | 23 | STATUS report *(Joint Status Report)* by Samsung Electronics America, Inc. (Delionado, John) (Entered: 02/08/2023) |
| 02/15/2023 | 24 | MULTIDISTRICT LITIGATION PANEL ORDER (CTO−1) transferring case to: District of New Jersey re MDL case number: 3055. (AG) (Entered: 02/15/2023) |